No. 73–862. LIMONE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–911. DRISCOLL *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 139, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1019. DENNIS *v.* WOOD ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5620. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5701. BATES *v.* McCARTHY, WARDEN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1056. A & B TRANSFER, INC., ET AL. *v.* S. S. KRESGE CO. C. A. 6th Cir. Motion to defer consideration and certiorari denied.

No. 73–1097. ELECTRONICS CORPORATION OF AMERICA *v.* HONEYWELL, INC. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 73–5827. DIGGS *v.* PALMAN ET AL. C. A. D. C. Cir. Motion to strike respondents' memorandum and other relief denied. Certiorari denied.

No. 73–276. LANDRY *v.* HEMPHILL, NOYES & CO. ET AL., 414 U. S. 1002; and

No. 73–5459. TAYLOR *v.* ESTELLE, CORRECTIONS DIRECTOR, 414 U. S. 1159. Petitions for rehearing denied.